UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
VERONICA W. ORTIZ,
:
:
Plaintiff,                          :          **ECF CASE**
:
:
v.                              :
:          08 Civ. 3030 (DAB)
:
MICHAEL CHERTOFF, Secretary US DHS          :
:
Defendant.                     :          NOTICE OF APPEARANCE
------------------------------------------------------------- x

TO:    Clerk of Court
       United States District Court
       Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case

and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
       June 3, 2008

                                          Respectfully submitted,

                                          MICHAEL J. GARCIA
                                          United States Attorney for the
                                          Southern District of New York

                              By:    /s/_____
                                          PATRICIA BUCHANAN
                                          Assistant United States Attorney
                                          86 Chambers Street, 3rd Floor
                                          New York, New York 10007
                                          Telephone: (212) 637-3274
                                          Facsimile: (212) 637-2786
                                          Email: patricia.buchanan@usdoj.gov

TO:    Veronica W. Ortiz, pro se
       1505 Townsend Avenue, #2-E
       Bronx, NY 10452