

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 19, 2008

**BY HAND**
Hon. Deborah A. Batts
United States District Court
  Southern District of New York
500 Pearl Street, Rm. 2510
New York, NY 10007

RECEIVED AUG 20 2008

Re:   Ortiz v. Chertoff, 08 Civ 03030 (DAB)

Dear Judge Batts:

I respectfully write to request that the Court correct the docket entry dated July 23, 2008, that indicates the Court endorsed my letter of July 11, 2008, in which the Government requested a "thirty day extension of time to respond to Plaintiff's complaint." It appears that this docket entry contains an error in that in my July 11 letter I requested a "60-day extension of time" and your Honor granted that request, and notated it with the initials "DAB." Accordingly, I respectfully request that the docket sheet be amended to note the Government's response to Plaintiff's complaint is not due until September 19, 2008.

GRANTED
/DAB/

I thank the Court for its consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: PATRICIA L. BUCHANAN
Assistant United States Attorney
Tel: (212) 637-3274


**BY FEDERAL EXPRESS**
cc:   Ms. Veronica Ortiz
      1505 Townsend Avenue, #2-E
      Bronx, NY 10452

MEMO ENDORSED
SO ORDERED

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE